

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00581-CV

ALGIERE CONSTRUCTION SERVICES, INC.
v.
MAGNOLIA HOSPITALITY GROUP, LLC AND
METRO WHITE SETTLEMENT PARTNERS, INC.

On Appeal from the
156th District Court of Bee County, Texas
Trial Court Cause No. B-19-1546-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 18, 2023